# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156972(67)


DELISHA M. WILLIAMS, Personal
Representative of the ESTATE OF
SHARITA M. WILLIAMS,
         Plaintiff-Appellant,

v

CONSUELLA LEWIS and U.S. SECURITY
ASSOCIATES, INC., d/b/a ADVANCED
SECURITY,
         Defendants-Appellees.
_____/

SC: 156972
COA: 332755
Wayne CC: 15-000780-NO

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Thurston H. Webb to practice *pro hac vice* is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2018



Clerk